UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ATLANTA INTERNATIONAL INSURANCE   :
COMPANY,                                                       :
                                                                          :      13 Civ. 3543 (KBF)
                                        Petitioner,       :
                                                                          :      ORDER
        -v-                                                          :
                                                                          :
CLEARWATER INSURANCE COMPANY,    :
                                                                          :
                                        Respondent.    :
                                                                          :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 3 1 2013
```

KATHERINE B. FORREST, District Judge:

This petition to compel arbitration was filed on May 24, 2013, and has been assigned to the undersigned.

Counsel for petitioner shall immediately serve copies of the petition, and the documents included in support thereof, and of this order upon respondent, and transmit a copy of this order to respondent's counsel. If respondent currently lacks counsel, counsel for petitioner shall transmit a copy of this order to respondent's counsel immediately when counsel is retained.

Respondent's brief in opposition to the petition to compel arbitration shall be filed not later than July 12, 2013. Any reply papers shall be filed not later than July 19, 2013.

SO ORDERED.

Dated:    New York, New York
              May 31, 2013

                                                                    _____
                                                                    KATHERINE B. FORREST
                                                                    United States District Judge