UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTA INTERNATIONAL INSURANCE COMPANY, | : |
| Petitioner, | : CIVIL ACTION NO. |
| v. | : 1:13-cv-03543-KBF |
| CLEARWATER INSURANCE COMPANY, | : **ORDER FOR ADMISSION PRO HAC VICE** |
| Respondent. | : |

The motion of Brendan D. McQuiggan for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bars of the states of Pennsylvania and New Jersey; and that his/her contact information is as follows (please print):

Applicant's Name: Brendan D. McQuiggan

Firm Name: White and Williams LLP

Address: 1650 Market Street, One Liberty Place, Suite 1800

City / State / Zip: Philadelphia, PA 19103

Telephone / Fax: (215) 864-7173/ (215) 789-7530

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Atlanta International Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/1/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2013

_____
United States District ~~Magistrate~~ Judge

11487468v.1