UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTA INTERNATIONAL INSURANCE, COMPANY,<br><br>  Petitioner,<br><br>v.<br><br>CLEARWATER INSURANCE COMPANY,<br><br>  Respondent. | CIVIL ACTION NO.<br>1:13-cv-03543-KBF<br><br>**NOTICE OF PETITION TO COMPEL ARBITRATION** |

## CERTIFICATE OF SERVICE

I, Brendan D. McQuiggan, hereby certify that, per the attached Acknowledgement of Service, service of Petitioner Atlanta International Insurance Company's Petition to Compel Arbitration, memorandum of law in support thereof and proposed forms of order on Respondent Clearwater Insurance Company was accepted by Clearwater's counsel, Thomas J. Hall, David M. Raim and Carey G. Child, of Chadbourne & Park LLP on June 4, 2013. True and complete copies of Atlanta International Insurance Company's moving papers were served on Mr. Raim by Federal Express, at the address below, on May 24, 2013:

> David M. Raim, Esquire
> Chadbourne & Parke LLP
> 1200 New Hampshire Ave N.W.
> Washington DC  20036

> Respectfully submitted,
>
> **WHITE AND WILLIAMS LLP**
>
> /s Brendan D. McQuiggan
> Brendan D. McQuiggan
> 1650 Market Street
> One Liberty Place, Suite 1800
> Philadelphia, PA 19103-7395
> Phone: 215.864.8623

Dated: June 4, 2013

11380673v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ATLANTA INTERNATIONAL INSURANCE COMPANY, | : | |
| Petitioner, | : | CIVIL ACTION NO. |
| v. | : | 1:13-cv-03543-KBF |
| CLEARWATER INSURANCE COMPANY, | : | |
| Respondent. | : | |

## ACKNOWLEDGEMENT OF SERVICE

Service of Atlanta International Insurance Company's Notice and Petition to Compel Arbitration on Respondent Clearwater Insurance Company in this matter is hereby acknowledged and accepted by its attorneys, Chadbourne & Parke LLP, on this 4th day of June, 2013.

By: _____
Thomas J. Hall, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

-and-

David M. Raim, Esquire
Carey G. Child, Esquire
Chadbourne & Parke LLP
1200 New Hampshire Ave N.W.
Washington DC  20036

On behalf of Clearwater Insurance Company

11483946v.1